IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 109-127 |
| | ) | |
| MORGAN CHASE WOODS | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the motions to suppress filed by Defendant Woods are **DENIED**. (Doc. nos. 45, 66).

SO ORDERED this 26th day of April, 2010, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE

---

[1] Defendant titled his objections as "Objections to the Report and Recommendation and Appeal to the United States District Judge Regarding the Magistrate Judge's Denial of Defendant's Motion to Suppress, and Memorandum of Law." (Doc. no. 87). However, the Magistrate Judge did not <u>deny</u> Defendant's requests for suppression; rather he <u>recommended</u> that the motions to suppress be denied. Accordingly, there is nothing to "appeal" from the Magistrate Judge's recommendation. Instead, as explained above, the Court has conducted its own *de novo* review of the file prior to making the conclusive ruling on the motions to suppress.